UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK M. HARDY, | ) |
| Plaintiff, | ) Case No. 2:13-cv-00514-GMN-CWH |
| vs. | ) **ORDER** |
| GLOBAL OPTIONS SERVICES, INC., et al., | ) |
| Defendants. | ) |

This matter is before the Court on Defense counsel Akerman LLP's Motion to Withdraw as Counsel for Anthony Saros (#49), filed April 17, 2014. Local Rule IA 10-6 provides that "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The undersigned has reviewed the motion and finds that the requirements for withdrawal have been met. Accordingly,

**IT IS HEREBY ORDERED** that Defense counsel Akerman LLP's Motion to Withdraw as Counsel for Anthony Saros (#49) is **granted**.

**IT IS FURTHER ORDERED** that withdrawn counsel, Akerman LLP, shall serve a copy of this order on its former client Anthony Saros and file a notice of service by **Monday, May 5, 2014**.

DATED: April 21, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**